**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WALLACE STILZ, III, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN TRUST CORPORATION and THE NORTHERN TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) Case No. 12 cv 03045 ) ) ) **CLASS ACTION** ) ) ) **JURY TRIAL DEMAND** ) |

**NOTICE OF MOTION**

TO:   Counsel of Record (See Certificate of Service)

     PLEASE TAKE NOTICE that on August 16, 2012 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, we will appear before the Honorable Matthew F. Kennelly, in Courtroom 2103 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in her place, and present the attached *AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SETTLEMENT DEMAND*, at which time and place you may appear if you see fit.

Dated: August 13, 2012

                                                    Respectfully submitted,

                                                    NORTHERN TRUST CORPORATION &
                                                    THE NORTHERN TRUST COMPANY

                                                    By: /s/ Daniel P. Shapiro_____
                                                    One of the Attorneys for Defendants Northern Trust
                                                    Corporation & The Northern Trust Company

Daniel P. Shapiro
Aharon S. Kaye
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200
(312) 577-8971
Email: daniel.shapiro@kattenlaw.com
Email: aharon.kaye@kattenlaw.com